and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–1109.    BOTHKE *v.* RACCA, 471 U. S. 1065;

No. 84–1283.    LUNA *v.* HOUSE OF SOFAS ET AL., 471 U. S. 1016;

No. 84–1467.    PALMER ET UX. *v.* TUCKER ET AL., 471 U. S. 1101;

No. 84–1583.    WALBER, DBA WALBER CONSTRUCTION CO. *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 471 U. S. 1095;

No. 84–5350.    MAXWELL *v.* PENNSYLVANIA, 469 U. S. 971;

No. 84–6030.    GLASS *v.* LOUISIANA, 471 U. S. 1080;

No. 84–6390.    COQUILLIAN *v.* JONES, WARDEN, 471 U. S. 1105; and

No. 84–6394.    BROWN *v.* SCHWEITZER ET AL., 471 U. S. 1105. Petitions for rehearing denied.

## JUNE 25, 1985

No. A–964.    MILTON *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.    Application for stay of execution of sentence of death scheduled for Tuesday, June 25, 1985, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.

No. 84–6960 (A–959).    MASON *v.* SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.    C. A. 4th Cir.    Application for stay of execution of sentence of death, presented to THE